## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY WELLS,** | : | Civil Action |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **OFFICE of the DISTRICT ATTORNEY** | : | |
| **for PHILADELPHIA COUNTY,** *et al.*, | : | |
| *Defendants.* | : | No. 11-1929 |

## ORDER

AND NOW, this 11th day of April, 2011, **IT IS HEREBY ORDERED** that:

1. Plaintiff Rodney Wells' motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g);

2. The clerk of Court shall mark this case **CLOSED** statistically.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE